■ In the Matter of JOANN F. HOFFMAN, Respondent, v KENNETH G. JACOBS, Appellant. [604 NYS2d 775] —Appeal from an order of the Family Court, Suffolk County (McNulty, J.), dated June 10, 1991, denying objections to an order of the same court (Silverman, H. E.), dated January 23, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Hearing Examiner Silverman at the Family Court, in his memorandum decision dated December 13, 1990. Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.